Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 17 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

Northern Division

Alvin Lionel Brown, Jr.
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Steven Ramsey
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 3:24cv417-CWR-LGI
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  [X] Yes  [ ] No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Alvin Lionel Brown, Jr.
   Address: 527 Rockdale Drive
   Jackson, MS. 39206
   City / State / Zip Code
   County: Hinds
   Telephone Number: 601-767-6215
   E-Mail Address: alvin.brownjr89@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Steven Ramsey
   Job or Title (if known): unknown
   Address: 105 Woodland Springs Dr, or 100 W. School Street
   Ridgeland, MS. 39157
   City / State / Zip Code
   County: Madison
   Telephone Number: 601-749-1735
   E-Mail Address (if known):
   [X] Individual capacity   [ ] Official capacity

   Defendant No. 2
   Name:
   Job or Title (if known):
   Address:
   City / State / Zip Code
   County:
   Telephone Number:
   E-Mail Address (if known):
   [ ] Individual capacity   [ ] Official capacity

**Defendant No. 3**
Name
Job or Title *(if known)*
Address

|City | State | Zip Code|

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

**Defendant No. 4**
Name
Job or Title *(if known)*
Address

|City | State | Zip Code|

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Discrimination, Equal Protection of Law, Due Process of Law

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

1075 Lake Harbour Drive, Ridgeland, MS. 39157

B.  What date and approximate time did the events giving rise to your claim(s) occur?

May 10, 2024 at about 1:37 p.m and about two months prior to date

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See 4A and 4B of 6 (Next two Pages)

1). That on or about May 10, 2024 at around 1:37 p.m., at the Mini Mart Gas Station located at 1075 Lake Harbour Drive, Ridgeland, Mississippi 39157, Steven Ramsey approached Plaintiff while I conducted Mobile detail services and advised that he had been sent to shut me down.

2). That upon initial approach Mr. Ramsey began to personally remove my equipment. I advised that I was there pursuant to the owners permission including an agreement that had been established by the owner and I. I advised of several investments that I had made in regards to the establishment and ect..

3). That at this time, I asked Mr. Ramsey why I had to leave, where he advised that it was because of some city ordinance.

4.That when I inquired specifically as to what city ordinance that I had violated, Mr. Ramsey admitted that he was unaware at the time but advised that he would have to look it up and get back with me. Mr. Ramsey asked if it was ok if he got my telephone number and advised that he would contact me later to advise me of what ordinance he believed that I was in violation of.

5). That when I inquired as to whether he had taken it upon himself to personally confront me regarding my presence he advised that he had been sent out by his supervisor, but that he was unable to provide me with the subjects name.

6) That months prior to May 10, 2024, while I conducted mobile car wash services at the mini mart gas station located on Lake Harbour Drive, I was approached by Steven Ramsey where he removed my car wash sign and advised that I would not be permitted to display the sign. At that particular time I was detailing the vehicle for a white resident. At this time Mr. Ramsey made no mention of any violation of any city ordinance violation regarding my services and after he passed me my sign he left the premises with no further inquiries.

7). That on May 10, 2024 Steven Ramsey advised that the only way that I could continue to operate was to obtain a permit by application. He further advised that that the city was not currently accepting any applications for permits at the time and that they had not been for quite some time.

8). That Steven Ramsey advised that the only individuals that could authorize me obtaining any permit or application to be permitted for future preferences

Was either, Robert Ray, Ryan Johnson or Allen Heart. Mr. Ramsey provided me a 601-856-3877 telephone number and advised that I should contact one of the three individuals if I had any questions regarding my inability to obtain any permit.

9). That Steven Ramsey deliberately provided false information in relation to obtaining any permit to operate.

10). That Steven Ramsey demonstrated other discriminatory actions and it likewise reflected in his conversations.

11). That Steven Ramsey's conduct and conversations identified that he was racially biased towards my person.

12). That Steve Ramsey failed to provide Plaintiff any usual due process or equal protection of any policies or other protections afforded to the Plaintiff.

13). Steven Ramsey had a duty to afford these protections.

14). That following a jury trial a jury will return a verdict in favor of Plaintiff's case, and that they will award sufficient damages following their deliberations.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have been unable to provide for my kids as usual as of the actions of Mr. Ramsey and the information provided has directly impacted my financial well being, including my physical and mental health. My Business has likewise been affected.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am requesting that I be awarded $150,000.00 (One-hundred-fifty thousand-dollars) for direct damages to me, my business, including violation of my constitutional rights secured by our Federal Constitution

Page 5 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 15, 2024

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Alvin Brown

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
         _____
         City        State        Zip Code
Telephone Number _____
E-mail Address _____